UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEAN REIMER,
a/k/a Jean Marie Schulz,                          Civil No.  06-3022 MJD/AJB

    Petitioner,

v.                                                O R D E R

STATE OF MINNESOTA,
MIKE HATCH, and
AMY J. KLOBUCHAR,

    Respondents.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 21, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED;

2. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

3. This action is summarily DISMISSED.

DATED: August 16, 2006.

                                                s / Michael J. Davis
                                                  Judge Michael J. Davis
                                                  U. S. District Court